```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    MIRANDA KANE (CABN 150630)
 3  Chief, Criminal Division

 4  DANIEL R. KALEBA (CABN 223789)
    Assistant United States Attorney
 5      150 Almaden Boulevard, Suite 900
        San Jose, CA 95113
 6      Telephone: (408) 535-5061
        Fax: (408) 535-5066
 7      E-Mail: daniel.kaleba@usdoj.gov

 8  Attorneys for Plaintiff
```

FILED

NOV 1 8 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-00712 DLJ/HRL |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| v. | ) | ORDER CONTINUING DETENTION |
| | ) | HEARING TO MONDAY, NOVEMBER |
| DAVID SAINZ, | ) | 21, 2011 |
| | ) | |
| Defendant. | ) | |

The defendant, DAVID SAINZ, represented by MARY E. CONN, Esquire, and the government, represented by DANIEL R. KALEBA, Assistant United States Attorney, appeared before the Court on November 14, 2011 for arraignment on an indictment. At the request of the defense, the Court set the detention hearing for Friday, November 18, 2011. Defense counsel is ill, and unavailable to attend the detention hearing on November 18, 2011.

//
//
//
//
//

STIP. and [PROPOSED] ORDER
Case No. CR 11-00712 DLJ

1   The parties jointly request that the detention hearing be continued to Monday, November 21, 2011 at 1:30 p.m., and the defense waives time for the hearing as provided under 18 U.S.C. § 3142(f)(2).

DATED: November 18, 2011

/s/
MARY E. CONN
Counsel for Defendant

November 18, 2011

/s/
DANIEL R. KALEBA
Assistant United States Attorney

Based upon the representation of counsel and for good cause shown, the Court hereby continues the detention hearing in the above referenced matter to Monday, November 21, 2011 at 1:30 p.m..

DATED: 11/18/11

HON. HOWARD R. LLOYD
United States Magistrate Judge